IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH CRUTCHER | ) |
| Movant, | ) |
| v. | ) Case No. 3:10-cv-316 |
| | ) JUDGE HAYNES |
| UNITED STATES OF AMERICA | ) |
| Respondent. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Movant Kenneth Crutcher's motion motion to vacate his sentence under 28 U.S.C. § 2255 (Docket Entry No. 1) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 11th day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge